# NO. 12-19-00384-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *THURSTON, OWENS & NEWMAN, L.L.C., D/B/A SOUTHWEST RESTAURANT & BEVERAGE SOLUTIONS, LESLIE DELOYD THURSTON, BILLY RAY BELL JUNIOR, THREE SAVAGES, L.L.C., PAUL SACCOCCIO, ROTHROCK SOLUTIONS, L.L.C., TODD ROTHROCK, AND GILL ELECTRIC, L.L.C., APPELLANTS/CROSS-APPELLEES* | *§* | *APPEAL FROM THE* |
| *V.* | *§* | *COUNTY COURT AT LAW NO. 2* |
| *JERRY DAVIS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HAYDEN DAVIS, KAREN DAVIS, AND SUMMER HERNANDEZ, AS NEXT FRIEND OF G.L.D. AND C.N.D., APPELLEES/CROSS-APPELLANTS* | *§* | *GREGG COUNTY, TEXAS* |

## *MEMORANDUM OPINION*
### *PER CURIAM*

This appeal is being dismissed for failure to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3(c).

On November 21, 2019, the Clerk of this Court notified Appellants that the filing fee in this appeal is due. *See* TEX. R. APP. P. 5. Appellants were informed that failure to remit the filing fee on or before December 2, would result in the Court's taking appropriate action, including dismissal of the case without further notice. *See* TEX. R. APP. P. 42.3(c). The date for remitting the filing fee has passed, and Appellants have not complied with the Court's request.

Because Appellants failed, after notice, to comply with Rule 5, the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.3(c).  This dismissal does not affect the cross appeal filed by Jerry Davis, individually and as personal representative of the Estate of Hayden Davis, Karen Davis, and Summer Hernandez, as next friend of G.L.D. and C.N.D.

Opinion delivered December 4, 2019.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**DECEMBER 4, 2019**

**NO. 12-19-00384-CV**

**THURSTON, OWENS & NEWMAN, L.L.C., D/B/A SOUTHWEST RESTAURANT & BEVERAGE SOLUTIONS, LESLIE DELOYD THURSTON, BILLY RAY BELL JUNIOR, THREE SAVAGES, L.L.C., PAUL SACCOCCIO, ROTHROCK SOLUTIONS, L.L.C., TODD ROTHROCK, AND GILL ELECTRIC, L.L.C.,**
Appellants/Cross-Appellees
V.
**JERRY DAVIS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HAYDEN DAVIS, KAREN DAVIS, AND SUMMER HERNANDEZ, AS NEXT FRIEND OF G.L.D. AND C.N.D.,**
Appellees/Cross-Appellants

Appeal from the County Court at Law No. 2

of Gregg County, Texas (Tr.Ct.No. 2017-2475-CCL2)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance. This dismissal does not affect the cross appeal filed by Jerry Davis, individually and as personal representative of the Estate of Hayden Davis, Karen Davis, and Summer Hernandez, as next friend of G.L.D. and C.N.D.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*